1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9
   RICHARD GONZALEZ,              )   1:04-cv-6706 REC LJO
10                                 )
                  Plaintiff,       )   STIPULATION AND ORDER
11                                 )   TO EXTEND TIME
                                   )
12        v.                       )
                                   )
13 JO ANNE B. BARNHART,            )
   Commissioner of Social          )
14 Security,                       )
                                   )
15                Defendant.       )
   _____)
16

17       The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended from August 17, 2005 to September 20, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28

                                   1

This is the defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: August 4, 2005

                                        /s/ Gina M. Fazio
                                        (As authorized via facsimile)
                                        GINA M. FAZIO
                                        Attorney for Plaintiff

Dated: August 5, 2005       McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney

     IT IS SO ORDERED.

**Dated:  August 8, 2005**                **/s/ Lawrence J. O'Neill**
66h44d                                     UNITED STATES MAGISTRATE JUDGE