IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GONZALEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>            Defendant.<br>_____/ | CASE NO. CV-F-04-6706 REC LJO<br><br>ORDER TO COMPLY WITH SCHEDULING ORDER REQUIREMENTS FOR OPENING BRIEF |

The July 15, 2005 opening brief of plaintiff Richard Gonzalez ("plaintiff") fails to include sufficient information and argument to substantially comply with paragraph 11 of the December 15, 2004 Scheduling Order to subject the opening brief to striking. As such, this Court ORDERS plaintiff, no later than August 31, 2005, to file and serve a new opening brief to comply with paragraph 11 of the December 15, 2004 Scheduling Order. Defendant Jo Anne B. Barnhart, Commissioner of Social Security, need not respond to plaintiff's July 15, 2005 opening brief but, unless otherwise ordered by this Court, will need to respond to plaintiff's new opening brief within 30 days after its service. **This Court admonishes plaintiff that failure to comply timely with this order and to file an appropriate new opening brief will result in this Court's recommendation to dismiss this action.**

    IT IS SO ORDERED.

**Dated:    August 10, 2005**              /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE

1