IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GONZALEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>          Defendant.<br>_____/ | CASE NO. CV-F-04-6706 REC LJO<br><br>**ORDER TO VACATE FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |

     This Court's December 15, 2004 Scheduling Order requires plaintiff Richard Gonzalez ("plaintiff") to file an opening brief with specific information and properly supported argument. This Court reviewed plaintiff's July 15, 2005 opening brief and found it failed to include sufficient information and argument to substantially comply with paragraph 11 of the Scheduling Order. This Court's August's 10, 2005 order granted plaintiff up to August 31, 2005 to file and serve a new opening brief to comply with paragraph 11 of the Scheduling Order. After plaintiff failed to file a new opening brief to comply with the August 10, 2005 order, this Court's issued its September 7, 2005 findings and recommendations to dismiss this action on grounds that plaintiff failed to file a proper opening brief and to comply with this Court's orders. Plaintiff's September 21, 2005 objections to the findings and recommendations explain that a calendaring error resulted in failure to file a new opening brief.

1  On the basis of good cause, this Court:

2  1. VACATES its September 7, 2005 findings and recommendations; and

3  2. GRANTS plaintiff up to October 7, 2005 to file and serve a new opening brief otherwise
4     in compliance with this Court's December 15, 2004 and August 10, 2005 orders.

5  IT IS SO ORDERED.

6  **Dated:   September 22, 2005**              /s/ Lawrence J. O'Neill
   66h44d                                       UNITED STATES MAGISTRATE JUDGE