IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GONZALEZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>             Defendant.<br>_____/ | CASE NO. CV-F-04-6706REC LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT**<br>(Doc. 21.) |

## INTRODUCTION

Plaintiff Richard Gonzalez ("plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision that plaintiff is neither disabled nor entitled to Supplemental Security Income ("SSI") under Title XVI of the Social Security Act, 42 U.S.C. §§1381-1382c. After review of the Administrative Record and the parties' papers, the magistrate judge issued February 24, 2006 findings and recommendations to DENY plaintiff's request to reverse the ALJ's decision denying plaintiff SSI or to remand for further proceedings. Plaintiff failed to file timely objections to the findings and recommendations.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

1     Accordingly, this Court:

2     1.   ADOPTS in full the magistrate judge's February 24, 2006 findings and recommendations; and

4     2.   DIRECTS the Court's clerk to enter judgment in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff Richard Gonzalez and to close this action.

IT IS SO ORDERED.

**Dated: March 14, 2006**          **/s/ Robert E. Coyle**
668554                                                        UNITED STATES DISTRICT JUDGE